UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**KUNES COUNTRY AUTOMOTIVE**
**MANAGEMENT, INC. d/b/a**
**KUNES AUTO GROUP, et al.**

      Plaintiffs,

    v.                                                 Case No.: 23-cv-01204

**SPENCER WALTERS, et al.**

      Defendants.

## STIPULATION OF PARTIAL DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Kunes Country Automotive Management, Inc. d/b/a Kunes Auto Group ("Kunes") and Ignition Dealer Services, Inc. ("IDS") and Defendant SideCars, Inc. d/b/a TruWarranty ("SideCars"), by and through their undersigned counsel, hereby stipulate and agree that Kunes and IDS's claims against SideCars only shall be dismissed with prejudice and without costs or attorney's fees to any party, and that an order to this effect may be entered without further notice.

*[signature page to follow]*

1

**STIPULATED AND AGREED** to this 19th day of September, 2025.

                *s/ Dieter Juedes*

                Erik K. Eisenmann
                Dieter Juedes (admitted *pro hac vice*)
                Blake Nold (admitted *pro hac vice*)
                511 North Broadway, Suite 1100
                Milwaukee, Wisconsin 53202
                414.273.2100
                414.223.5000 (fax)
                Erik.Eisenmann@huschblackwell.com
                Dieter.Juedes@huschblackwell.com
                Blake.Nold@huschblackwell.com

                Samuel Mitchell (admitted *pro hac vice*)
                120 South Riverside Plaza, Suite 2200
                Chicago, Illinois 60606
                312.655.1500
                312.655.1501 (fax)
                Samuel.Mitchell@huschblackwell.com

                *Attorneys for Kunes Country Automotive Management, Inc. d/b/a Kunes Auto Group and Ignition Dealer Services, Inc.*

**STIPULATED AND AGREED** to this 19th day of September, 2025.

                *s/ Bryan B. House*

                Bryan B. House
                David Wenthold
                Foley & Lardner LLP
                777 East Wisconsin Avenue
                Milwaukee WI 53202
                (414) 271-2400
                Email: bhouse@foley.com
                Email: dwenthold@foley.com

                *Attorneys for SideCars, Inc., d/b/a TruWarranty*